UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY TORRES and ANESHA JOHNSON,

                Plaintiffs,

-against-

CLOSE TRANSPORTATION LLC, RUTHLESS LLC, "JOHN DOE CORPORATION 1-10" (the name "JOHN DOE CORPORATIONS 1-10" being fictitious as the true name and identity of said Defendant is presently unknown to the Plaintiff), "JOHN DOE" (the name "JOHN DOE" being fictitious as the true name and identity of said Defendant is presently unknown to the Plaintiff), and JASON J. CLOSE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10/2025__

25 Civ. 7028 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On August 25, 2025, Defendants Close Transportation LLC, Ruthless LLC, and Jason J. Close, filed a notice of removal from the Supreme Court of New York, Bronx County.  ECF No. 1.

    Accordingly, by **September 24, 2025**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal, and if so, on what basis.  Defendants shall serve this order on Plaintiff, in addition to Plaintiff's counsel, and file proof of service on the docket by **September 17, 2025**.

    SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                      ANALISA TORRES
                                United States District Judge