UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY TORRES and ANESHA JOHNSON,

                        Plaintiffs,

        -against-

CLOSE TRANSPORTATION LLC, RUTHLESS
LLC, "JOHN DOE CORPORATION 1-10" (the
name "JOHN DOE CORPORATIONS 1-10" being
fictitious as the true name and identity of said
Defendant is presently unknown to the Plaintiff),
"JOHN DOE" (the name "JOHN DOE" being
fictitious as the true name and identity of said
Defendant is presently unknown to the Plaintiff),
and JASON J. CLOSE,

                        Defendants.

JASON J. CLOSE, RUTHLESS LLC, and CLOSE
TRANSPORATION LLC,

                Counter Claimants,

        -against-

ANESHA JOHNSON,

                Counter Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026

25 Civ. 7028 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A case management conference is currently scheduled in this matter for April 20, 2026.  Per the case management plan, the parties were to file a joint status report by April 13, 2026.  *See* ECF No. 17 ¶ 16.  The parties did not.  Accordingly, the case management conference is ADJOURNED to **May 4, 2026** at **10:00 a.m.**  By **April 27, 2026**, the parties shall file a joint status report, in accordance with the case management plan.  *See* ECF No. 17 ¶ 16.

        SO ORDERED.

Dated:  April 15, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge